IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TREX PROPERTIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-CV-4159-JLA |
| | ) | |
| ABLE ELECTROPOLISHING CO. INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANT BUHRKE INDUSTRIES, LLC WITH PREJUDICE**

Plaintiff Trex Properties LLC, through counsel and pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant Buhrke Industries, LLC from this

cause with prejudice. Buhrke Industries, LLC has not filed an answer or motion for summary

judgment in this cause.

Dated:   August 19, 2020          Respectfully submitted,

                                  THE JUSTIS LAW FIRM LLC


                                  /s/ Matthew T. Merryman
                                  Matthew T. Merryman admitted in N.D. Ill.
                                  Rachel D. Guthrie       admitted in N.D. Ill.
                                  Ambereen K. Shaffie   admitted in N.D. Ill.
                                  10955 Lowell Ave.
                                  Suite 520
                                  Overland Park, KS  66210-2336
                                  Telephone: (913) 955-3739
                                  Facsimile:  (913) 955-3711
                                  Email: mmerryman@justislawfirm.com
                                         rguthrie@justislawfirm.com
                                         ashaffie@justislawfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 19, 2020, a copy of the foregoing Notice of Voluntary Dismissal of Defendant Buhrke Industries, LLC with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Matthew T. Merryman
Matthew T. Merryman