IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TREX PROPERTIES LLC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 1:20-cv-4159 |
| | ) |
| ENVIRO TECH INTERNATIONAL, | ) |
| INC., *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ENVIRO TECH INTERNATIONAL, INC.'S
## MOTION TO DISMISS

NOW COMES, Defendant ENVIRO TECH INTERNATIONAL, INC., by and through its attorneys Swanson, Martin & Bell, LLP, pursuant to Federal Rule of Civil Procedure 12(b)(6), moves to dismiss Count I of Plaintiff TREX PROPERTIES, LLC, and in support states as follows:

    1.    On July 15, 2020, Trex filed its Complaint against Enviro Tech and 85 other parties seeking cost recovery, contribution, and declaratory relief under the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9607, *et seq.* ("CERCLA").

    2.    As explained more fully in the accompanying memorandum, Trex resolved its liability with the State of Illinois, therefore it may only seek contribution from other parties, not cost recovery. See *Bernstein v. Bankert*, 733 F.3d 190, 202 (7th Cir. 2013).

    3.    Count I of Plaintiff's Complaint fails to state a claim for cost recovery, therefore it must be dismissed.

Respectfully Submitted,

*/s/ Claire Whitehead*

_____
One of the attorneys for Defendant
Enviro Tech International, Inc.

Michael J. Maher (#6191018)
Claire M. Whitehead (#6322880)
Swanson, Martin & Bell, LLP
330 North Wabash
Suite 3300
Chicago, IL 60611
(312) 321-9100
mmaher@smbtrials.com
cwhitehead@smbtrials.com

Respectfully Submitted,

*/s/ Claire Whitehead*

_____
One of the attorneys for Defendant
Enviro Tech International, Inc.

Michael J. Maher (#6191018)
Claire M. Whitehead (#6322880)
Swanson, Martin & Bell, LLP
330 North Wabash
Suite 3300
Chicago, IL 60611
(312) 321-9100
mmaher@smbtrials.com
cwhitehead@smbtrials.com