**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TREX PROPERTIES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-4159 |
| | ) | |
| ABLE ELECTROPOLISHING CO., | ) | |
| INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

To: All Counsel of Record

PLEASE TAKE NOTICE that on December 9, 2020 at 9:30am, I shall appear before the Honorable Judge Jorge L. Alonso, 219 S. Dearborn Street, Room 1903, Chicago, Illinois, and then and there present **Defendant Enviro Tech International, Inc.'s Motion to Dismiss Count I of Plaintiff's Complaint**, a copy of which is attached and hereby served on you.

Respectfully Submitted,

/s/ Claire Whitehead

One of the attorneys for Defendant
Enviro Tech International, Inc.

Michael J. Maher (#6191018)
Claire M. Whitehead (#6322880)
Swanson, Martin & Bell, LLP
330 North Wabash
Suite 3300
Chicago, IL 60611
(312) 321-9100
mmaher@smbtrials.com
cwhitehead@smbtrials.com

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 1, 2020, I electronically filed Defendant Enviro Tech International, Inc.'s Motion to Dismiss Count I of Plaintiff's Complaint and Memorandum in Support with the Clerk of Court using the CM/ECF system which will send notification to all counsel of record.

_____/s/ Claire Whitehead_____