IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TREX PROPERTIES LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:20-CV-4159-JLA-HKM |
| ABLE ELECTROPOLISHING CO. INC., *et al.*, | ) ) ) |
| Defendants. | ) ) |

## UNOPPOSED MOTION TO DISMISS
## DEFENDANT NOVA WILDCAT SHUR-LINE, LLC WITH PREJUDICE

Plaintiff Trex Properties LLC ("Plaintiff"), by and through counsel and pursuant to Fed. R. Civ. P. 41(a)(2), respectfully moves this Court for an appropriate Order which dismisses Defendant Nova Wildcat Shur-Line, LLC ("Nova Wildcat") with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On July 15, 2020, Plaintiff filed a Complaint seeking cost recovery, contribution and declaratory relief under CERCLA at the Trex Illinois Facility against several defendants, including Nova Wildcat (Dkt. No. 1).

2. On December 21, 2020, Plaintiff filed a Motion for Clerk's Entry of Default as to Defendant Nova Wildcat Shur-Line, LLC (Dkt. No. 177).

3. On March 30, 2021, the Court denied the Motion for Clerk's Entry of Default as to Defendant Nova Wildcat Shur-Line, LLC (Dkt. No. 227).

4. Plaintiff has entered into a confidential settlement agreement with Nova Wildcat, which settles all claims between Plaintiff and Nova Wildcat for a sum certain and other valuable consideration exchanged between the parties.

5. Under the terms of the settlement agreement with Nova Wildcat, Plaintiff agreed to dismiss Nova Wildcat as a defendant from this cause with prejudice, each party to bear its own costs.

6. This Motion to Dismiss is unopposed by counsel for Nova Wildcat

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests the Court enter an appropriate order dismissing Nova Wildcat from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: May 13, 2021                 Respectfully submitted,

THE JUSTIS LAW FIRM LLC

/s/ Matthew T. Merryman
Matthew T. Merryman   admitted in N.D. Ill.
Rachel D. Guthrie      admitted in N.D. Ill.
Ambereen K. Shaffie    admitted in N.D. Ill.
10955 Lowell Ave.
Suite 520
Overland Park, KS 66210-2336
Telephone: (913) 955-3739
Facsimile: (913) 955-3711
Email: mmerryman@justislawfirm.com
       rguthrie@justislawfirm.com
       ashaffie@justislawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2021, a copy of the foregoing Unopposed Motion to Dismiss Defendant Nova Wildcat Shur-Line, LLC with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Matthew T. Merryman
Matthew T. Merryman