IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TREX PROPERTIES LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-CV-4159-JLA |
| ) | |
| ABLE ELECTROPOLISHING CO. INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION BETWEEN PLAINTIFF TREX PROPERTIES LLC AND DEFENDANT ENVIRO TECH INTERNATIONAL, INC.
FOR AN EXTENSION OF TIME TO FINALIZE SETTLEMENT**

The undersigned counsel on behalf of Plaintiff Trex Properties LLC ("Plaintiff"), and Defendant Enviro Tech International, Inc. (collectively the "Parties") by and through counsel, hereby agree and stipulate:

1. On May 5, 2021, the Parties participated in a Settlement Conference with the Court (Dkt. 238).

2. On May 19, 2021, the Parties reached a settlement in principle and the Court ordered the Parties to have a fully executed Settlement Agreement by June 18, 2021 (Dkt. 242).

3. On June 18, 2021, the Parties agreed to the terms of the Settlement Agreement.

4. The Parties request the time to execute the Settlement Agreement be extended to June 23, 2021.

5. The requested extension of time of time is for good cause and will not cause undue delay in this matter, and neither party will be prejudiced by this briefing schedule.

Dated:   June 18, 2021               Respectfully submitted,

                                     THE JUSTIS LAW FIRM LLC


                                     /s/ Matthew T. Merryman
                                     Matthew T. Merryman   admitted in N.D. Ill.
                                     Rachel D. Guthrie     admitted in N.D. Ill.
                                     Ambereen K. Shaffie   admitted in N.D. Ill.
                                     10955 Lowell Ave.
                                     Suite 520
                                     Overland Park, KS  66210-2336
                                     Telephone: (913) 955-3739
                                     Facsimile:  (913) 955-3711
                                     Email: mmerryman@justislawfirm.com
                                            rguthrie@justislawfirm.com
                                            ashaffie@justislawfirm.com

                                     ATTORNEYS FOR PLAINTIFF TREX
                                     PROPERTIES LLC


                                     SWANSON, MARTIN & BELL, LLP


                                     /s/  Michael J. Maher
                                     Michael J. Maher (#6191018)
                                     Claire M. Whitehead (#6322880)
                                     Swanson, Martin & Bell, LLP
                                     330 North Wabash
                                     Suite 3300
                                     Chicago, IL 60611
                                     (312) 321-9100
                                     mmaher@smbtrials.com
                                     cwhitehead@smbtrials.com

                                     ATTORNEYS FOR DEFENDANT ENVIRO
                                     TECH INTERNATIONAL, INC.

## CERTIFICATE OF SERVICE

  I hereby certify that on June 18, 2021, a copy of the foregoing Joint Stipulation Between Plaintiff Trex Properties LLC and Defendant Enviro Tech International, Inc. for an Extension of Time to Finalize Settlement was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

/s/ Matthew T. Merryman<br>
Matthew T. Merryman