IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TREX PROPERTIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-CV-4159-JLA |
| | ) |
| ABLE ELECTROPOLISHING CO. INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Pending before the Court is the Joint Motion to Enter Consent Decree and Final Judgment (Dkt. No. 253). Having considered the Motion and for good cause shown, the Joint Motion to Enter Consent Decree and Final Judgment is GRANTED.

It is so ORDERED.

SIGNED on this 9th day of December 2021.

_____
Jorge L. Alonso
United States District Judge