**TREX ILLINOIS FACILITY VOLUMETRIC CHART**

| Potentially Responsible Party | Volume (gals.) | Percentage |
|---|---:|---:|
| **Trex Illinois Facility Owner Share** | | |
| Trex Properties LLC | n/a | 25.00000% |
| **Subtotals for Owner/Operator** | **n/a** | **25.00000%** |
| **Trex Illinois Facility Settling PRPs** | | |
| Aam-Ro Corporation d/b/a Aamro Corporation | 220 | |
| Able Electropolishing Co. Inc. | 59,888 | |
| Ace Anodizing & Impregnating Inc. | 110 | |
| Acme Auto Electric II, Inc. | 2,465 | |
| ACME Finishing Company, Inc. | 3,630 | |
| Action Electric Sales Company d/b/a Basic Wire and | 275 | |
| Advance Wire Products, Inc. | 1,980 | |
| AECOM Inc. | 241 | |
| AFCO Products, Inc. | 4,015 | |
| Aircraft Gear Corporation | 13,495 | |
| Aircraft Propeller Service, LLC | 220 | |
| Alfa Laval Inc. | 2,254 | |
| Alloy Chrome Inc. | 55 | |
| American Jebco Corporation | 88,001 | |
| American Nameplate & Metal Decorating Company | 3,850 | |
| American Polywater Corporation | 100 | |
| Ametek National Controls Corporation | 550 | |
| AMI Industries, Inc. | 1,650 | |
| Amilan Distributors Inc. | 495 | |
| Anchor Coupling Inc. | 2,612 | |
| Anchor Scientific Inc. | 165 | |
| Anderson Copper and Brass Company LLC | 27,860 | |
| API Heat Transfer Inc. | 330 | |
| Appleton Grp LLC | 2,150 | |
| Arris Group Inc. | 20,900 | |
| Artistic Plating Co., Inc. d/b/a Advanced Plating | 2,392 | |
| Auto-Meter Products, Inc. | 920 | |
| Autotrol Corporation | 2,368 | |
| Avanti Engineering, Inc. | 9,599 | |
| Avery Products Corporation | 2,585 | |
| Barron Metal Finishing, LLC | 2,168 | |
| Belvedere USA, LLC | 525 | |
| Berry Global, Inc. | 55 | |
| Bi-Link Metal Specialties, Inc. | 790 | |
| Billet Specialties, Inc. | 1,595 | |
| BorgWarner Inc. | 10,199 | |
| Bostik Inc. | 1,050 | |
| Brake Parts Inc LLC | 5,245 | |
| Braun Intertec Corporation | 165 | |
| Bronson & Bratton, Inc. | 705 | |
| Buhrke Industries, LLC | 19,239 | |
| Bulaw Welding & Engineering Co. | 2,970 | |
| ByCap, Inc. | 620 | |
| C&J Metal Products, Inc. | 1,742 | |
| CAI Barrington, Inc. | 12,390 | |
| Camcraft Inc. | 550 | |

| | |
|---|---:|
| Caster Concepts Inc. | 205 |
| Castle Metal Finishing Corp. | 7,761 |
| Chart Industries, Inc. | 4,510 |
| Chem-Impex International, Inc. | 40,363 |
| Cintas Corp. | 275 |
| Clariant Corporation | 55 |
| Clements National Co. | 1,300 |
| Commerce Industrial Chemicals, Inc. | 2,530 |
| CommScope, Inc. | 1,650 |
| Concurrent Technologies, Inc. | 55 |
| Contemporary Control Systems, Inc. | 275 |
| Continental-Midland LLC | 4,140 |
| Cooper Crouse-Hinds, LLC | 2,803 |
| Coperion Corporation | 110 |
| Cosco Industries, Inc. | 165 |
| Coyote Plastics Inc. | 165 |
| Crane Merchandizing Systems Inc. | 1,140 |
| Creation Technologies Illinois Inc. | 55 |
| Creation Technologies Wisconsin Inc. | 505 |
| Cummins-Allison Corp. | 100 |
| D&W Fine Pack LLC | 7,720 |
| Daido Metal USA Inc. | 357 |
| Daniel Woodhead Company, Inc. | 825 |
| De Amertek Corporation Inc. | 15 |
| Dixon Valve & Coupling Company | 15,620 |
| Don Craig, Inc. d/b/a Don Craig Consulting, Inc. | 385 |
| Dormer Pramet North America | 33,683 |
| Dual Manufacturing Co., Inc. | 310 |
| Dudek & Bock Spring Manufacturing Company | 7,405 |
| DuPage Machine Products, Inc. | 8,198 |
| Duratherm Processing Systems, Inc. | 330 |
| Eaton Corporation | 27,392 |
| Ecolab Inc. | 45 |
| EMCO Chemical Distributors Inc. | 2,255 |
| Empire Bronze Corporation | 55 |
| ENTRON Controls, LLC | 1,750 |
| Environmental Partnerships, Inc. | 1,815 |
| Ex-Cell Kaiser LLC | 1,881 |
| F&B Mfg. LLC | 3,630 |
| Fair Oaks Farms, LLC | 25 |
| Federal-Mogul Motorparts Corporation | 275 |
| Federal Signal Corporation | 12,485 |
| Fine Organics Corporation | 495 |
| Flextronics International USA, Inc. | 1,265 |
| Fox Valley Systems, Inc. | 965 |
| Fukoku America Inc. | 7,590 |
| G&M Manufacturing Corporation | 520 |
| G&W Electric Company | 550 |
| Gallagher Corporation | 1,090 |
| General Machinery & Manufacturing Co. | 2,805 |
| Getzen Co. | 2,535 |
| GL Tool and Manufacturing Co. | 220 |

| | |
|---|---:|
| Greenlee Textron, Inc. | 550 |
| Greif, Inc. | 2,090 |
| Grove Industries Inc. | 110 |
| Head Manufacturing Inc. | 14,435 |
| Helio Precision Products, Inc. d/b/a HN Precision | 6,625 |
| Hewlett Packard Enterprise Company and HP Inc. | 165 |
| Hi-Temp Northlake LLC | 13,910 |
| Hiawatha Metalcraft, Inc. | 30 |
| Honeywell International Inc. | 1,670 |
| Hu-Friedy Mfg. Co., LLC | 980 |
| Ikonix USA LLC | 100 |
| Illinois Tool Works Inc. | 377 |
| Imperial Plating Company of Illinois | 550 |
| Imprex Inc. | 1,760 |
| Inland Midwest Corp. d/b/a MedTorque | 110 |
| Innovative Certified Technical Plating, LLC d/b/a | 495 |
| Intermatic Inc. | 55,276 |
| Interplex Daystar Inc. | 780 |
| John Crane Group, LLC | 50,682 |
| JSN Inc. d/b/a Wire Cloth Filter Manufacturing Company | 990 |
| JStone, Inc. | 15 |
| Kastalon Inc. | 55 |
| Kennametal Inc. | 610 |
| Kepner Products Company | 55 |
| KF-CO Company | 220 |
| Kitpackers LLC | 385 |
| KKSP Precision Machining LLC | 5,940 |
| Laserage Technology Corporation | 380 |
| Lewis Spring and Mfg. Company | 2,140 |
| Lindy Manufacturing Company | 275 |
| Lipke-Kentex Corporation | 3,755 |
| Liquid Controls LLC | 55 |
| LoDan Electronics Inc. | 1,515 |
| Lovejoy, LLC | 275 |
| Lozier Corporation | 1,085 |
| MacLean Power, LLC | 10,316 |
| Magna-Tech Manufacturing, LLC and Dek Corporation | 1,019 |
| Magnetic Inspection Laboratory, Inc. | 6,160 |
| Maid-O-Mist LLC | 1,210 |
| Marsh Bellofram Corporation | 4,540 |
| Mathews Company | 225 |
| McMillan Electric Company | 660 |
| Mead Fluid Dynamics Inc. | 2,395 |
| Meaden Precision Machined Products Co. | 7,370 |
| Mech-Tronics Corp. | 3,568 |
| Middleby Corporation, The | 1,980 |
| Midwest Dental Products Corp. | 7,544 |
| Midwest Thermal Vac Inc. | 330 |
| Milton Industries Inc. | 895 |
| MJ Celco Inc. | 2,750 |
| MNP Corporation | 50 |
| Motorola Solutions, Inc. | 3,500 |

| | |
|---|---:|
| Mueller Water Products, Inc. | 440 |
| Naval Facilities Engineering Command | 220 |
| Navistar, Inc. | 315 |
| Nikon Instruments, Inc. | 50 |
| Nitrex Inc. | 240 |
| NN, Inc. | 8,706 |
| Nobert Plating Co. | 2,055 |
| Nova Wildcat Shur-Line, LLC | 30,349 |
| Oakley Industrial Machinery Inc. | 1,640 |
| Bloomingburg Liquidating Corp. | 55 |
| Ohmite Holdings, L.L.C. | 8,140 |
| Oldenburg Group Inc. | 4,125 |
| Omni Products Inc. | 650 |
| R.S. Owens & Co. Inc. | 935 |
| Owens Industries, Inc. | 605 |
| PacSci Motion Control Inc. | 4,169 |
| Parker Hannifin Corporation | 1,845 |
| Patricia Locke, Ltd. | 126 |
| Peacock Engineering Company, LLC | 550 |
| Petron Corporation | 6,985 |
| Phoenix Closures, Inc. | 2,450 |
| Plano Metal Specialties, Inc. | 275 |
| Platford Corp. | 55 |
| Plymouth Tube Co. | 42,328 |
| Poersch Metal Manufacturing Co. | 939 |
| Polco Metal Finishing, Inc. | 2,695 |
| Precision Buffing and Polishing, Inc. | 55 |
| Precision Engineered Products LLC | 7,220 |
| Precision Forming & Stamping Co. Inc. | 16,185 |
| Precision Instruments, Inc. | 700 |
| Process Pipe and Valve, Inc. | 435 |
| Progressive Bronze Products, LLC | 310 |
| Q.C. Coating Inc. | 3,065 |
| Quality Metal Finishing Co. | 48,101 |
| R.F. Mau Company | 27,959 |
| R&R of Illinois, Inc. | 165 |
| Remote Controls, Inc. | 55 |
| Repro Parts, Inc. | 110 |
| Resinoid Engineering Corporation | 470 |
| Revcor, Inc. | 1,016 |
| Rexnord Industries, LLC | 635 |
| RHMI Inc. | 973 |
| Richards-Wilcox, Inc. | 330 |
| Richardson Electronics, Ltd. | 1,320 |
| Rock River Arms, Inc. | 760 |
| Rockwell Automation, Inc. | 3,740 |
| Rogers Metal Services, Inc. | 1,160 |
| Rome Metal Mfg. Inc. | 220 |
| Schawk USA Inc. d/b/a SGK | 285 |
| Schilke Music Products, Inc. | 2,365 |
| Schneider Electric USA, Inc. | 5,475 |
| Senior Operations LLC | 7,430 |

| | |
|---|---:|
| Senior Operations LLC | 1,485 |
| Shape LLC | 1,045 |
| Shure Incorporated | 55 |
| Siemens Industry Inc. | 8,640 |
| Siemens Medical Solutions USA, Inc. | 2,570 |
| SigmaTron International Inc. | 271 |
| Skill-Di, Inc. | 141 |
| Slide Products, Inc. | 12,485 |
| Sloan Valve Company | 5,515 |
| Spectrum Brands Inc. | 2,501 |
| Spider Company, Inc. | 110 |
| Springfield, Inc., d/b/a Springfield Armory | 2,252 |
| SPX Corporation | 260 |
| Stanley Spring and Stamping Corporation | 790 |
| Sterling Multi-Products, Inc. | 4,015 |
| Stride Tool, LLC | 3,390 |
| Super Radiator Coils Limited Partnership | 27,425 |
| Switchcraft, Inc. | 1,415 |
| Tassos Metal Inc. | 165 |
| Televiso Corporation | 220 |
| Tenex Corporation | 110 |
| Teradyne, Inc. | 110 |
| Textron Inc. | 5,564 |
| The Arnold Engineering Co. | 2,915 |
| The Chicago Faucet Company | 3,025 |
| The Dow Chemical Company | 385 |
| The Line Group Inc. | 8,650 |
| Thermal Transfer Products | 200 |
| Thermo King Corporation | 110 |
| TLK Industries, Inc. | 2,350 |
| Tornado Industries LLC | 471 |
| Tradebe Environmental Service LLC | 770 |
| TRICOR Systems, Inc. | 110 |
| Trimm International, Inc., d/b/a Trimm, Inc. | 550 |
| Triton Industries, Inc. | 1,045 |
| Trumpet Holdings, Inc. | 518 |
| TWR Service Corporation | 660 |
| U.S. Tsubaki Holdings, Inc. | 540 |
| UCAL Systems, Inc. | 11,126 |
| Union Special, LLC | 9,968 |
| Unison Industries, LLC | 660 |
| United States Department of Energy | 55 |
| Univar USA Inc. | 165 |
| Vermette Machine Company Inc. | 275 |
| ViacomCBS Inc. | 495 |
| Vishay Intertechnology Inc. | 1,210 |
| Voestalpine Precision Strip, LLC | 195 |
| Weber Marking Systems, Inc. d/b/a Weber Packaging | 3,151 |
| Westell, Inc. | 5,475 |
| Wilton Brands, LLC | 4,675 |
| Wisconsin Plating Works of Racine Inc. | 455 |
| Witech LLC | 55 |

| | | |
|---|---:|---:|
| X-L Engineering Corp. | 2,755 | |
| Zenith Electronics LLC | 7,505 | |
| ZF Electronics Systems Pleasant Prairie, LLC | 2,430 | |
| **Subtotals for Trex Illinois Settling PRPs** | **1,155,957** | **71.3119%** |
| **Defaulting Defendants** | | |
| Aimtron Systems, LLC | 220 | 0.0136% |
| Berteau-Lowell Plating Works Inc. | 5,537 | 0.3416% |
| CKI Locker, LLC | 20 | 0.0012% |
| Deltrol Corp. | 11,620 | 0.7168% |
| Dove Dry Cleaning Inc. | 110 | 0.0068% |
| E.J. Basler Co. | 2,990 | 0.1845% |
| Fabricated Metals Co. | 150 | 0.0093% |
| Hestia Heat Treat Inc. | 2,715 | 0.1675% |
| Sine Systems Corporation | 14,111 | 0.8705% |
| Plastic Coatings Corp. | 1,650 | 0.1018% |
| JLO Metal Products Company, Inc. | 17,745 | 1.0947% |
| James Precious Metals Plating, Inc. | 2,915 | 0.1798% |
| **Subtotals for Trex Illinois Defaulting Defendants** | **59,783** | **3.6881%** |
| **Subtotals for Generators/Transporters** | **1,215,740** | **75.0000%** |
| **Totals** | **1,215,740** | **100.0000%** |