IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TREX PROPERTIES LLCLCCS, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 1:20-cv-4159 |
| | ) Honorable Jorge L. Alonso |
| v. | ) |
| | ) ORDER |
| | ) |
| ABLE ELECTROPOLISHING CO. INC., | ) |
| *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

Upon the Plaintiff's Combined Motion for Default Judgment Against Defaulting Defendants, and for good cause shown, it is Ordered that Aimtron Systems, LLC pay the amount of $200.79 for Plaintiff's damages through December 16, 2020, which includes 0.0136% of all response costs incurred by Plaintiff at the Trex Illinois Facility by and after, prejudgment interest, plus post judgment interest at the rate of 0.10% per annum.

It is further Ordered that Berteau-Lowell Plating Works Inc. pay the amount of $5,043.24 for Plaintiff's damages through December 16, 2020, which includes prejudgment interest, plus post judgment interest at the rate of 0.10% per annum, plus 0.3416% of all response costs incurred by Plaintiff at the Trex Illinois Facility after December 16, 2020.

It is further Ordered that CKI Locker, LLC pay the amount of $17.71 for Plaintiff's damages through December 16, 2020, which includes prejudgment interest, plus post judgment interest at the rate of 0.10% per annum, plus 0.0012% of all response costs incurred by Plaintiff at the Trex Illinois Facility after .

It is further Ordered that Deltrol Corp. pay the amount of $10,582.54 for Plaintiff's damages through December 16, 2020, which includes prejudgment interest, plus post judgment interest at the rate of 0.10% per annum, plus 0.7168% of all response costs incurred by Plaintiff at the Trex Illinois Facility after December 16, 2020.

It is further Ordered that Dove Dry Cleaning Inc. pay the amount of $100.39 for Plaintiff's damages through December 16, 2020, which includes prejudgment interest, plus post judgment interest at the rate of 0.10% per annum, plus 0.0068% of all response costs incurred by Plaintiff at the Trex Illinois Facility after December 16, 2020.

It is further Ordered that E.J. Basler Co. pay the amount of $2,723.88 for Plaintiff's damages through December 16, 2020, which includes prejudgment interest, plus post judgment interest at the rate of 0.10% per annum, plus 0.1845% of all response costs incurred by Plaintiff at the Trex Illinois Facility after December 16, 2020.

It is further Ordered that Fabricated Metals Co. pay the amount of $137.31 for Plaintiff's damages through December 16, 2020, which includes prejudgment interest, plus post judgment interest at the rate of 0.10% per annum, plus 0.0093% of all response costs incurred by Plaintiff at the Trex Illinois Facility after December 16, 2020.

It is further Ordered that Hestia Heat Treat Inc. pay the amount of $2,472.90 for Plaintiff's damages through December 16, 2020, which includes prejudgment interest, plus post judgment interest at the rate of 0.10% per annum, plus 0.1675% of all response costs incurred by Plaintiff at the Trex Illinois Facility after December 16, 2020.

It is further Ordered that JLO Metal Products Company, Inc. pay the amount of $16,161.70 for Plaintiff's damages through December 16, 2020, which includes prejudgment interest, plus post judgment interest at the rate of 0.10% per annum, plus 1.0947% of all response costs incurred by Plaintiff at the Trex Illinois Facility after December 16, 2020.

It is further Ordered that James Precious Metal Plating, Inc. pay the amount of $2,654.49 for Plaintiff's damages through December 16, 2020, which includes prejudgment interest, plus post judgment interest at the rate of 0.10% per annum, plus 0.1798% of all response costs incurred by Plaintiff at the Trex Illinois Facility after December 16, 2020.

It is further Ordered that Plastic Coatings Corp. pay the amount of $1,502.94 for Plaintiff's damages through December 16, 2020, which includes prejudgment interest, plus post judgment interest at the rate of 0.10% per annum, plus 0.1018% of all response costs incurred by Plaintiff at the Trex Illinois Facility after December 16, 2020.

It is further Ordered that Sine Systems Corporation pay the amount of $12,851.71 for Plaintiff's damages through December 16, 2020, which prejudgment interest, plus post judgment interest at the rate of 0.10% per annum, plus 0.8705% of all response costs incurred by Plaintiff at the Trex Illinois Facility,

SIGNED on this 11th day of January, 2022.

_____
Jorge L. Alonso
United States District Judge