IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TREX PROPERTIES LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:20-CV-4159-JLA-HKM |
| | ) |
| ABLE ELECTROPOLISHING CO. INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**SATISFACTION OF JUDGMENT AND UNOPPOSED MOTION TO DISMISS
DEFENDANT SINE SYSTEMS CORPORATION WITH PREJUDICE**

Plaintiff Trex Properties LLC ("Plaintiff"), by and through counsel and pursuant to Fed. R. Civ. P. 41(a)(2) and 60(b)(5), respectfully moves this Court for an appropriate Order which deems the default judgment entered against Defendant Sine Systems Corporation ("Sine Systems") satisfied, and further dismisses Sine Systems with prejudice from this cause. In support of this Motion, Plaintiff states as follows:

1. On July 15, 2020, Plaintiff filed a Complaint seeking cost recovery, contribution and declaratory relief under CERCLA at the Trex Illinois Facility against several defendants, including Sine Systems (Dkt. No. 1).

2. On December 21, 2020, Plaintiff filed a Motion for Clerk's Entry of Default as to Defendant Sine Systems Corporation (Dkt. No. 180).

3. On March 30, 2021, the Court granted the Motion for Clerk's Entry of Default as to Defendant Sine Systems Corporation (Dkt. No. 227).

4. On January 7, 2022, Plaintiff filed a Motion for Default Judgment as to Sine Systems (Dkt. No. 257).

5. On January 11, 2022, the Court granted Plaintiff's Motion for Default Judgment as to Sine Systems (Dkt. No. 260).

6. Plaintiff has entered into a confidential settlement agreement with Sine Systems, which settles all claims between Plaintiff and Sine Systems for a sum certain and other valuable consideration exchanged between the parties.

7. Under the terms of the settlement agreement with Sine Systems, Plaintiff agreed to file the appropriate pleading to indicate the default judgment against Sine Systems is fully satisfied and to dismiss Sine Systems as a defendant from this cause with prejudice, each party to bear its own costs.

8. This Motion to Dismiss is unopposed by counsel for Sine Systems

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests the Court enter an appropriate order indicate the default judgment against Sine Systems is fully satisfied and to dismiss Sine Systems as a defendant from this cause with prejudice, each party to bear its own costs, and for such other and further relief as the Court deems just and appropriate under the circumstances.

Dated: April 26, 2022                                  Respectfully submitted,

                                                       THE MERRYMAN GUTHRIE LAW FIRM LLC

                                                       /s/ Matthew T. Merryman
                                                       Matthew T. Merryman   admitted in N.D. Ill.
                                                       Rachel D. Guthrie     admitted in N.D. Ill.
                                                       4100 Terrace St.
                                                       Kansas City, MO 64111
                                                       Telephone: (816)-608-2570
                                                       Facsimile: (816)-608-2570
                                                       Email: mmerryman@merrymanguthrielaw.com
                                                              rguthrie@merrymanguthrielaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2022, a copy of the foregoing Satisfaction of Judgment and Unopposed Motion to Dismiss Defendant Sine Systems Corporation with Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access the filing through the Court's Electronic Case Filing System.

                                              /s/ Matthew T. Merryman
                                              Matthew T. Merryman